In the Matter of JOSELYN S. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LIZZETH E., Appellant.

Submitted May 2, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

ILIA KAJO et al., Appellants, v E.W. HOWELL Co., INC., et al., Defendants/Third-Party Plaintiffs-Respondents, et al., Defendant. CUMBERLAND ELECTRIC CORP., Third-Party Defendant-Respondent.

Submitted May 9, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ROBERT A. MIAZGA, Appellant, v MICHAEL D. ASSAF et al., Respondents.

Submitted April 18, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge STEIN taking no part.